IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>BRYAN JAMES HALL,<br><br>        Defendant. | **4:24CR3058**<br><br><br>**ORDER** |

Defendant has moved to modify the conditions of pretrial release, (Filing No. 144), to allow the defendant to perform volunteer work. The motion is unopposed. Accordingly,

IT IS ORDERED:

1) Defendant's motion to modify the conditions of pretrial release, (Filing No. 144), is granted.

2) Defendant is permitted to perform volunteer work up to four days per week at the Open Door Mission.

3) Defendant shall otherwise comply with the terms and conditions set forth in the amended order setting conditions of release. (Filing No. 137).

Dated this 2nd day of July, 2025.

BY THE COURT:
*s/ Jacqueline M. DeLuca*
United States Magistrate Judge